

Clerk, U.S. District Court
Southern District of Texas ...755
FILED

MAY 22 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE OVERTIME ACTION AGAINST    ]    CIVIL ACTION NO. 2:16-cv-00040

                                 ]

THE RESULTS COMPANIES LLC,       ]

                                 ]    **CONSENT TO BECOME A**

                                 ]    **PARTY PLAINTIFF**

                                 ]

I, the undersigned, an employee currently or formerly employed by The Results Companies LLC, hereby consent to be a party plaintiff in an action seeking recovery of overtime wages.

I understand that by signing and returning this Consent Form, I will be bound by the judgment of the Court on all issues of the lawsuit and I will be bound by, and will share in, any settlement reached on behalf of the class.

I understand that I am designating Diana Mulligan, Michael Mulligan, and Adrian Flores, the representative Plaintiffs, as my agents to make decisions on my behalf concerning the litigation, the entering of an agreement with Plaintiffs' counsel concerning fees and costs, and all other matters pertaining to this lawsuit. I understand these decisions and agreements made and entered into by Ms. Mulligan, Mr. Mulligan, and Mr. Flores will be binding on me.

I understand that Ms. Mulligan, Mr. Mulligan, and Mr. Flores have entered into a contingency fee arrangement with Plaintiffs' counsel, which means that, if there is no recovery, there will be no attorneys' fees or costs charged to me and, if there is a recovery, Plaintiffs' counsel will receive a part of any settlement or money judgment entered in favor of all members of the class.

| Full Legal Name (print): |
| --- |
| Aaron Matthew Davis |
| Street Address: |
| 9850 La Branch Dr. |
| City, State, and Zip Code: |
| Corpus Christi, TX, 78410 |

| Preferred Phone Number: | E-Mail Address: |
| --- | --- |
| 361-739-0964 | aaron.m.davis97@gmail.com |

_____     3.18.17
Signature                            Date